NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RYAN WILLIAM COVEMAKER,                    )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D18-3607
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____    )

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Charles Sniffen,
Judge.

PER CURIAM.

Affirmed.  See Martinez v. State, 211 So. 3d 989 (Fla. 2017); Carbajal v. State, 75 So. 3d 258 (Fla. 2011); DuBoise v. State, 520 So. 2d 260 (Fla. 1988); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); State v. Akers, 104 So. 3d 1259 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Covemaker v. State, 947 So. 2d 1170 (Fla. 2d DCA 2007) (table decision); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); McMillan v. State, 832 So. 2d 946 (Fla. 5th DCA 2002); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001); Coleman v. State, 485 So. 2d 1342 (Fla. 1st DCA 1986).

NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM,JJ., Concur.